IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00349-REB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2005 FORD F150 PICKUP, VIN 1FTRF12255NC11490,

        Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter comes before the Court on the United States' **Motion for Default and Final Order of Forfeiture** [#15] filed June 16, 2010, the Court, having reviewed the motion, FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no Claims or Answers filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on June 11, 2010;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of 2005 Ford F150 Pickup, VIN 1FTRF12255NC11490 and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. §881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant 2005 Ford F150 Pickup, VIN 1FTRF12255NC11490;

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

1. That the **Motion for Default and Final Order of Forfeiture** [#15] filed June 16, 2010, is **GRANTED**;

2. That default and forfeiture of defendant 2005 Ford F150 Pickup, VIN 1FTRF12255NC11490, including all right, title, and interest is hereby entered in favor of the United States;

3. That the United States shall have full and legal title to defendant 2005 Ford F150 Pickup, VIN 1FTRF12255NC11490 and may dispose of said property in accordance with law;

4. That this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

5. That the Clerk of Court is directed to enter Judgment as to defendant 2005 Ford F150 Pickup, VIN 1FTRF12255NC11490.

Dated June 30, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge